## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM HARRY THOMPSON,

      Petitioner,

    v.

CAROL HOLINKA, Warden,
Federal Correctional Institution,
Oxford, Wisconsin,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 10-cv-467-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent denying the petition of William Harry Thompson for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that he is in custody in violation of the Constitution or laws of the United States.

Peter Oppeneer, Clerk of Court      5/2/11
                                        Date